BUSINESS ASSETS CORPORATION, Plaintiff-Appellant, *v.* LARRY KORS, d/b/a ARROW SERVICE, Defendant-Appellee.

(No. 57358;

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE EGAN.

Schwartz, Cooper, Kolb & Gaynor Chartered, of Chicago, for appellant.

Harry George, of Chicago, for appellee.